UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMIE FRAID,<br><br>     Plaintiff,<br><br>     v.<br><br>BARRISTER GLOBAL SERVICES NETWORK, INC.,<br><br>     Defendant. | Civil Action No. 1:13-cv-10318-JLT |

### DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, TO TRANSFER VENUE TO THE EASTERN DISTRICT OF LOUISIANA

Defendant Barrister Global Services, Inc. ("Barrister"), by and through its counsel, hereby moves to dismiss the suit brought by Plaintiff Jamie Fraid, or, in the alternative, to transfer venue to the U.S. District Court for the Eastern District of Louisiana. As grounds for this motion, Barrister states that Ms. Fraid cannot satisfy her burden of establishing that this Court should exercise personal jurisdiction over Barrister.

In further support of its motion, Barrister refers to and incorporates by reference its Memorandum of Law and the Affidavit of Debra D. Bowers.

WHEREFORE, for the reasons stated in the accompanying Memorandum of Law, Barrister respectfully requests that the Court grant this motion and dismiss. Alternatively, Barrister requests that the Court transfer venue to the Eastern District of Louisiana.

        Respectfully submitted,

        BARRISTER GLOBAL SERVICES NETWORK, INC.,

        By its counsel,

Dated:  April 5, 2013        /s/ Jason W. Morgan
        Jason W. Morgan (BBO #633802)
        W. Prescott Golding (BBO #670386)
        DROHAN TOCCHIO & MORGAN, P.C.
        175 Derby Street, Suite 30
        Hingham, Massachusetts 02043
        Tel: (781) 749-7200
        jmorgan@dtm-law.com
        sgolding@dtm-law.com

## **CERTIFICATE OF SERVICE**

I, Jason W. Morgan, hereby certify that on April 5, 2013, I served a true and correct copy of the foregoing, via ECF Electronic Notice, upon counsel for Plaintiff Gaetano J. DeLuca, Esq., 9 Early Red Circle, Plymouth, MA.

        /s/ Jason W. Morgan
        Jason W. Morgan

## **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I, Jason W. Morgan, hereby certify that, on March 25, 2013, counsel for the parties conferred and attempted in good faith to resolve the issues raised in this motion to dismiss, without success.

        /s/Jason W. Morgan
        Jason W. Morgan